1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DICKINSON WRIGHT PLLC**
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
gblumberg@dickinson-wright.com

**BRESSLER, AMERY & ROSS, P.C.**
DAVID P. DONAHUE (*Admitted Pro Hac Vice*)
Alabama Bar No. ASB-3216-H49D
MORGAN B. THOMPSON (*Admitted Pro Hac Vice*)
Alabama Bar No. ASB-4224-L62Y
2001 Park Place, Suite 1500
Birmingham, Alabama 35203
Tel: (205) 719-0400
ddonahue@bressler.com
mthompson@bressler.com

*Attorneys for Plaintiff*
*American General Life Insurance Company*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

    Plaintiff,

       v.

BOGDANA HALSETH and
THE ESTATE OF DANIEL W. HALSETH,

    Defendants.

Case No. 2:23-cv-00188-APG-DJA

**MOTION TO WITHDRAW**

       COMES NOW the undersigned attorney, Morgan B. Thompson, and hereby requests permission

to withdraw from representation of Plaintiff American General Life Insurance Company ("American

1  General"). Ms. Thompson will be leaving the law firm of Bressler, Amery & Ross, PC and will no

2  longer be able to assist on this case.

3          American General will continue to be represented by Gabriel A. Blumberg of Dickinson Wright,

4
5  PLLC, along with David P. Donahue of Bressler, Amery & Ross, PC. This motion is not intended to

6  delay the proceedings and granting it will not prejudice any of the parties.

7  Dated: January 8, 2024

8                                      Respectfully submitted,

9                                      */s/ Morgan B. Thompson*
10                                     Morgan B. Thompson (PHV)
                                       ASB-4224-L62Y
11                                     Bressler, Amery & Ross, PC
                                       2001 Park Place, Suite 1500
12                                     Birmingham, Alabama 35203
                                       Phone: 205-719-0400
13                                     mthompson@bressler.com

14                                     Gabriel A. Blumberg
15                                     Nevada Bar No. 12332
                                       Dickinson Wright, PLLC
16                                     3883 Howard Hughes Parkway, Suite 800
                                       Las Vegas, Nevada 89169
17                                     gblumberg@dickinson-wright.com

18                                     *Attorneys for American General*
19

20

21                                     **IT IS SO ORDERED**.

22                                     DATED: 1/10/2024

23

24                                     _____

25                                     DANIEL J. ALBREGTS
                                       UNITED STATES MAGISTRATE JUDGE
26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 8, 2024, a copy of the above was served electronically to all parties of interest through the Court's CM/ECF system and by email as follows:

Michael Hoover, Esq. (PHV)
Interpleader Law, LLC
5800 One Perkins Place Dr., Suite 2A
Baton Rouge, Louisiana 30808
225-246-8706
Michael.hoover@interpleaderlaw.com

Shann Winesett, Esq.
Pecos Law Group
8925 S. Pecos Road, Suite 14A
Henderson, Nevada 89074
702-388-1851
Shann@pecoslawgroup.com

*Attorneys for Defendant Bogdana Halseth*

Kristina R. Weller, Esq.
Richard Harris Law Firm
801 South 4th Street
Las Vegas, NV 89101
702-444-4444 x 399
Kristina@richardharrislaw.com

*Attorney for the Estate*

Pam Jones, Esq.
Law Offices of Pamela Jones, PLLC
627 S. 7th Street
Las Vegas, NV 89101
702-370-6102
pam@pamjoneslaw.com

*Attorney for the Special Administrator*

/s/ Morgan B. Thompson
Morgan B. Thompson (PHV)