1  KRISTINA R. WELLER, ESQ.
   Nevada Bar No.: 007975
2  **RICHARD HARRIS LAW FIRM**
3  801 South Fourth Street
   Las Vegas, Nevada 89101
4  Telephone: (702) 444-4444
   Facsimile: (702) 444-4455
5  Email: Kristina@richardharrislaw.com
6  *Attorney for Defendant, The Estate of Daniel W. Halseth*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BOGDANA HALSETH and THE ESTATE OF DANIEL W. HALSETH, by and through its Special Administrator, JORDAN DANIEL HALSETH<br><br>Defendants. | CASE NO.: 23-cv-00188<br>DEPT NO.:<br><br>**STIPULATION AND ORDER FOR DISBURSEMENT AND DISMISSAL** |
|---|---|

Daniel Halseth had purchased a life insurance policy with Plaintiff, American General Life Insurance Company.[1] On or about April 9, 2021, Daniel Halseth died.[2] Although they were divorced, Defendant, Bogdana Halseth, made a claim to the life insurance policy.[3] Because of the disputed claims to the policy, Plaintiff, American General Life Insurance Company, was forced to file this interpleader case.[4] Defendant, Bogdana Halseth, has withdrawn her claim to the insurance policy.[5] On or about June 30, 2023, Plaintiff, American General Life Insurance Company, deposited $408,912.79 with the Court.[6]

Therefore, Plaintiff, by and through its undersigned counsel, and Defendants, by and through their undersigned counsel, hereby stipulate and agree as follows:

---

[1] *See, Complaint* [DOC 1]
[2] *See, Complaint* [DOC 1]
[3] *See, Complaint* [DOC 1]
[4] *See, Complaint* [DOC 1]
[5] *See, Complaint* [DOC 1]
[6] *See,* Certificate of Cash Deposit [DOC 23]

IT IS FURTHER STIPULATED AND AGREED that Defendant, Bogdana Halseth, withdraws any claim to the life insurance funds on deposit with the Court.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff, American General Life Insurance Company, is entitled to $10,000 for fees and costs.

IT IS FURTHER STIPULATED AND AGREED that the remaining $398,912.79 be released to Defendant, the Estate of Daniel Halseth and its attorney, the Richard Harris Law Firm.

IT IS FURTHER STIPULATED AND AGREED that American General is hereby discharged with prejudice from any and all liability to the Defendants and to any person, firm, estate, corporation, or entity on account of or in any way related to American General Life Insurance Company policy number YMD7447730 issued to the late Daniel Halseth and/or relating to the handling or processing of any claims made under American General Life Insurance Company policy number YMD7447730 issued to the late Daniel Halseth.

IT IS FURTHER STIPULATED AND AGREED that this matter may be dismissed with prejudice.

| /s/ David P. Donahue | 5/9/24 | /s/ Michael J. Hoover | 5/10/24 |
|---|---|---|---|
| David Donahue, Esq. | Date | Michael Hoover, Esq. | Date |
| Bressler, Amery & Ross, P.C. | | Interpleader Law, LLC | |
| ddonahue@bressler.com | | michael.hoover@interpleaderlaw.com | |
| *Attorney for Plaintiff* | | *Attorney for Defendant, Bogdana Halseth* | |

/s/ Kristina W.    5/9/24

Kristina R. Weller, Esq.    Date
Richard Harris Law Firm
Email: Kristina@richardharrislaw.com
*Attorney for Defendant, The Estate of Daniel W. Halseth*

**IT IS SO ORDERED.**

Dated: May 13, 2024

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
RICHARD HARRIS LAW FIRM

/s/ Kristina W.
KRISTINA R. WELLER, ESQ.